.10/03)

# UNITED STATES DISTRICT COURT

**FILED**

MAY 1 2 2008

FOR THE **District of   COLUMBIA**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSE GUZMAN SALCEDO

     Plaintiff

     V.

CHARLES O. ROSSOTTI, STEVE GEARY,
TIMOTHY P. CAMUS, LUKE YOO,
FIVE UNKNOWN AGENTS

     Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:  C8  0814

I, ___Jose Guzman Salcedo_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Ironwood State Prison, Blythe, California, 92226

    Are you employed at the institution? __NO__  Do you receive any payment from the institution? __NO__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2.  Are you currently employed?     ☐ Yes     ☒ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  Small Construction Company:

       Self-Employed.

In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

**RECEIVED**

APR 2 8 2008

Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4.   Do you have any cash or checking or savings accounts?        ☒ Yes        ☐ No

     If "Yes," state the total amount.   See amounts in Complaint.

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☒ Yes        ☐ No

     If "Yes," describe the property and state its value.

       The above bank accounts, and other valuables, are listed in the Complaint at pages 2 through 13 and are the subject of this civil action.  The accounts were confiscated or frozen, but contain Plaintiff's and his family's monies.  Plaintiff has no access to his money.  The charges in that case were dismissed.
       The items in question #5 are identified in the Complaint at pages 2 through 13 and the request for relief.  And are the subject of this action.  Items were confiscated. Plaintiff has no access to these items.

List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

      Dependents: Rosa E. Salcedo (wife); Rafael Salcedo, Juan Salcedo, Gustavo Salcedo (children).  However, due to the facts of this case, I cannot contribute towards their support, that is, all bank accounts, monies, properties, assts have been confiscated or frozen, yet all charges relating to that case were dismissed.

declare under penalty of perjury that the above information is true and correct.

03/27/08      _Jose G. Salcedo_      Jose Guzman Salcedo
Date                   Signature of Applicant

**TICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, isoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach certified statement of each account.

## ORDER OF THE COURT

: application is hereby denied.

| | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| | |
| United States Judge     Date | Paul L. Friedman   5/9/08 |
| | United States Judge     Date |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re:    Jose Guzman Salcedo        v. Charles O. Rossotti,
                                     Steve Geary,
Civil Action No. _____    Timothy Camus,
                                     Luke Yoo, and
                                     Five Unknow Agents


I, __Jose Guzman Salcedo____ # __V30843_____, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

Jose Guzman Salcedo
Plaintiff


n:\forms\Trust Account Form

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

_José H. Salcedo_
_____
Prisoner-Plaintiff (Signature)

José Guzman Salcedo
Plaintiff

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $ _- 323.04_ on account at the _Ironwood State Prison_ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $_0_. I further certify that during the past six months the average of monthly deposits to the applicant's account was$_0_.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

_2/25/08_
_____
Date

_C. Sal_    _AIS (A)_
_____
Authorized Officer of Institution (Signature)