UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE GUZMAN SALCEDO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-814 (RMC) |
| CHARLES O. ROSSOTTI *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that this case is **DISMISSED**; and it is

**FURTHER ORDERED** that the Assessment Order issued May 12, 2008 is **VACATED** and Plaintiff will not be required to pay any portion of the filing fee in this case.

The Clerk is **DIRECTED** to send a copy of this Order to Plaintiff's custodian, the Warden, Ironwood State Prison, Blythe, California, 92226.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

_____/s/_____
ROSEMARY M. COLLYER
Date: May 29, 2008                United States District Judge