IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE GUZMAN SALCEDO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:08-cv-814-RMC |
| | ) |
| CHARLES O. ROSSOTTI, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Pat S. Genis as attorney for defendant Charles O. Rossotti in the above-referenced case.

Date: July 14, 2008.          Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227, Ben Franklin Station
Washington, D.C. 20044
Tel./FAX (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE GUZMAN SALCEDO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:08-cv-814-RMC |
| ) | |
| CHARLES O. ROSSOTTI, et al., ) | |
| ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing NOTICE OF APPEARANCE was made on July 14, 2008, by mailing copies, postage prepaid, addressed to:

>   Jose Guzman Salcedo
>   No. V30843 A2-143U
>   IRONWOOD STATE PRISON
>   Box 2199
>   Blythe, CA 92226

_____
PAT S. GENIS