1  Jose Guzman Salcedo
   V30843    A2-143U
2  I.S.P.    Box 2199
   Blythe,   Ca. 92226
3
4  Pro Per Plaintiff
5
6
7  ORiginal
8
                    UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF COLUMBIA  RECEIVED
9
                                            JUL 3 1 2008
10
11 JOSE GUZMAN SALCEDO,  )    NO. 08-814 (RMC)    NANCY MAYER WHITTINGTON, CLERK
              Plaintiff,  )                            U.S. DISTRICT COURT
12                        )
                          )    MOTION FOR ORDER OF
13          V.            )    PROCEEDINGS REGARDING
                          )    NOTICE OF APPEARANCE
14                        )    BY DEFENDANTS
   CHARLES O. ROSSOTTI,   )
15 et al.,                )
              Defendants,  )    Hon. Rosemary M. Collyer
16 _____    )    U.S. District Judge

17                             Date: _____

18                             Time: _____

19                             Dept: _____
                               Return: _____
20

21 TO THE HONORABLE ROSEMARY M. COLLYER, UNITED STATES DISTRICT

22              JUDGE FOR THE DISTRICT OF COLUMBIA

23

24    Plaintiff, Jose Guzman Salcedo, respectfully moves this Honorable Court

25 for an Order of the proceedings regarding the recently received Notice Of

26 Appearance by Counsel for the Defendants in this case.

27    Specifically, Plaintiff received a "Notice of Appearance" from Attorney

28 Pat S. Genis, of the U.S. Department of Justice, in Washington, D.C.,

                              -1-

1  however, Plaintiff has not received either (1) the decision regarding his

2  June 16, 2008, Motion For Reconsideration; or (2) an Order regarding

3  further proceedings on his civil Complaint No. 1:08-cv-814-RMC.

4     **WHEREFORE,** Plaintiff requests this Court provide Plaintiff with a copy

5  of any Order regarding the proceedings in this case, that was sent to the

6  Defendants.

7  ///

8

9  DATED: **07/25**  ,2008

RESPECTFULLY SUBMITTED,

*Jose G. Salcedo*

/ JOSE GUZMAN SALCEDO
  Plaintiff

10

11  ///
  GDW:gdw
12  E-86921
  I.L.A..
13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-2-

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOSE GUZMAN SALCEDO,                )
                                    )
                Plaintiff,          )
                                    )
    v.                              )     No. 1:08-cv-814-RMC
                                    )
CHARLES O. ROSSOTTI, et al.,        )
                                    )
                Defendants.         )

## NOTICE OF APPEARANCE

Please enter the appearance of Pat S. Genis as attorney for defendant Charles O.

Rossotti in the above-referenced case.

Date: July 14, 2008.          Respectfully submitted,


                              /s/ Pat S. Genis
                              PAT S. GENIS
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 227, Ben Franklin Station
                              Washington, D.C. 20044
                              Tel./FAX (202) 307-6390/514-6866
                              Email: pat.genis@usdoj.gov


OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOSE GUZMAN SALCEDO,       )
                                     )
             Plaintiff,     )
                                     )
       v.                    )     No. 1:08-cv-814-RMC
                                     )
CHARLES O. ROSSOTTI, et al.,    )
                                     )
          Defendants.    )

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing NOTICE OF APPEARANCE was made on July 14, 2008, by mailing copies, postage prepaid, addressed to:

> Jose Guzman Salcedo
> No. V30843 A2-143U
> IRONWOOD STATE PRISON
> Box 2199
> Blythe, CA 92226

_____
PAT S. GENIS

## *PROOF OF SERVICE*

### Declaration of Service by Mail

I, _____Jose Guzman Salcedo_____, declare that I am over the age of

Eighteen (18) and that I (am /am not) a party to this action. On __July_____

__25___, 20_08_____, I deposited a copy of the following document (s):

MOTION FOR ORDER OF PROCEEDINGS REGARDING

NOTICE OF APPEARANCE BY DEFENDANTS

in a sealed envelope with the postage prepaid into the United States mail

outlet via an authorized California Department of Corrections employee at

Ironwood State Prison, in Riverside County, Blythe, California, and

address as follows:

1) Clerk of the U.S. District Court
   District of Columbia, Washington
   U.S. Courthouse
   333 Constitution Ave. NW
   Washington, D.C. 20001-2804

2) Pat S. Genis
   Trial Attorney,Tax Division
   U.S. Department of Justice
   P.O. Box 227, Ben Franklin Station
   Washington, D.C. 20044

I declare under penalty of perjury by the laws of the State of

California that the foregoing is true and correct (pursuant to 28 USCA § 1746 (2) ).

DATE _07/25_____,2008          SIGNATURE *Jose. L. Salcedo*

                                        Jose Guzman Salcedo
                                        Plaintiff