IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSE GUZMAN SALCEDO,        )
                            )
        Plaintiff,           )
                            )
        v.                  )    No. 1:08-cv-814-RMC
                            )
CHARLES O. ROSSOTTI, et al., )
                            )
        Defendants.         )

**DEFENDANTS' MOTION TO ENLARGE TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants move this Court for an enlargement of the time to respond to plaintiff's complaint. In support of this motion, defendants assert the following:

1.  The plaintiff in this case, Jose Guzman Salcedo, filed this complaint on May 12, 2008. (Dkt. # 1.) Plaintiff filed returns of service indicating that he served the United States Attorney for the District of Columbia on June 3, 2008, and the United States Attorney General and the other named defendants in May 2008. (Dkt. ## 7, 8.)

2.  On May 12, 2008, the Court dismissed plaintiff's complaint, *sua sponte*, under the assumption that plaintiff was attacking his current sentence. (Order 1, p. 2.)

3.  Plaintiff filed a motion to reconsider on June 24, 2008, asserting that the complaint did not attack his sentence, and the Court granted the motion and reinstated the case by order dated August 5, 2008. (Dkt. ## 9, 13.)

4.  The Court set August 29, 2008 for the defendants to respond to plaintiff's complaint. (Order 2, p.3.)

5. Defendants' counsel is not now in possession of sufficient information to respond to the complaint. This lack of information is due to the difficulty experienced by the Internal Revenue Service, the agency charged with the responsibility for the events underlying the case, to provide defendants' counsel with responsive advice, information and documents.

6. In part, this difficulty arose because defendants' counsel advised the Internal Revenue Service that the case had been dismissed and no advice was required. When the Court reinstated the case on August 5, 2008, the Court ordered defendants to respond by August 29, 2008. Ordinarily, the United States (and thus the Internal Revenue Service) would have had 60 days from service to file a response to the complaint.

7. While defendants' counsel could respond to the complaint by serving a general denial, such action would not materially advance this litigation. In fact, in many such cases, the service of a general denial actually inhibits progress in the case due to the necessity of serving and filing amended pleadings.

8. Defendants believe that an enlargement of time of an additional 14 days would be sufficient for the assembly, transmittal, and receipt of the materials necessary to the drafting and service of a meaningful responsive pleading.

9. Based on the above, the United States believes that granting a 14-day enlargement of time for the United States to respond to the complaint would tend toward the just, speedy, and inexpensive determination of this action.

10. The Court has discretion to grant this motion. Under Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the amended complaint. See <u>Poe v. Christina Copper Mines, Inc.</u>, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request. Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown." What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required. The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987).

11. The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.

/

/

/

/

/

/

12. Defendants' counsel was unable to consult with the incarcerated plaintiff to get his consent for the requested extension of time.

Dated: August 29, 2008.

    /s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel./FAX: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that defendants' Motion to Enlarge Time to Answer or Otherwise Respond to Complaint was filed in accordance with the Court's CM/ECF proceedings and served by first-class mail, postage prepaid, addressed to the following persons, on August 29, 2008:

>Jose Guzman Salcedo
>Plaintiff *pro se*
>No. V30843 A2-143U
>IRONWOOD STATE PRISON
>Box 2199
>Blythe, CA 92226

>/s/ Pat S. Genis
>PAT S. GENIS, #446244

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE GUZMAN SALCEDO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:08-cv-814-RMC |
| | ) |
| CHARLES O. ROSSOTTI, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Having considered defendants' motion to enlarge time to answer or otherwise respond to complaint, together with the memorandum in support, and having further considered the entire record in this matter, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2008, at Washington, D.C.,

ORDERED that defendants' motion to enlarge time is GRANTED; and it is

ORDERED that the United States shall have 14 days up to and including September 12, 2008 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Jose Guzman Salcedo
Plaintiff *pro se*
No. V30843 A2-143U
IRONWOOD STATE PRISON
Box 2199
Blythe, CA 92226